ABBOTT ET AL., APPELLANTS, *v.* STEPANIK, SUPT., ET AL., APPELLEES.

[Cite as Abbott *v.* Stepanik (1989), 43 Ohio St. 3d 128.]

(No. 88-1011—Submitted April 27, 1989—Decided May 31, 1989.)

*Chattman, Garfield, Friedlander & Paul, Gerald B. Chattman, Richard G. Ross* and *Marc I. Strauss,* for appellants.

*John T. Corrigan,* prosecuting attorney, and *Michael P. Butler,* for appellees.

On the authority of *Atkinson* v. *Grumman Ohio Corp.* (1988), 37 Ohio St. 3d 80, 523 N.E. 2d 851, the judgment of the court of appeals is reversed and the cause is remanded to that court for consideration of appellants' appeal on the merits.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.